**6**          IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BLYTHE NELSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 08-cv-474-JPG |
| | ) |
| **GALLATIN COUNTY COMMUNITY UNIT** | ) |
| **SCHOOL DISTRICT NO. 7,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:**   January 6, 2010

NANCY J. ROSENSTENGEL, Clerk of Court


By:s/Deborah Agans, Deputy Clerk



APPROVED:   *s/J. Phil Gilbert*
   J. PHIL GILBERT
   U. S. DISTRICT JUDGE